# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**UNITED AUTOMOBILE INSURANCE COMPANY,**
Appellant,

v.

**SOUTH BROWARD HOSPITAL DISTRICT** d/b/a
**MEMORIAL REGIONAL HOSPITAL,** a Florida Corporation
(a/a/o Leathea Nottage, as legal guardian of Allisha Powell, a minor),
Appellee.

No. 4D21-384

[December 16, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE19-017695.

Michael J. Neimand, House Counsel, Miami, for appellant.

Yasmin Gilinsky, Christopher Tuccitto, and James D. Underwood of Florida Advocates, Dania Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***